NO. 07-02-0072-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JUNE 20, 2002

________________________________

TAMMY TOWNSLEY CHEEK

Appellant

v.

THE STATE OF TEXAS, 

Appellee

_________________________________

FROM THE
 
64TH DISTRICT COURT OF HALE COUNTY;

NO. A-14198-0109; HON. JACK R. MILLER, PRESIDING

_______________________________

Dismissal

_______________________________

Before BOYD, C.J., QUINN, and REAVIS, JJ.

Tammy Townsley Cheek (appellant) appealed her conviction for theft.  The conviction and judgment manifesting same was entered upon her plea of guilty and plea bargain with the State.  Furthermore, the sentence imposed by the trial court did not exceed the punishment recommended by the State and agreed to by the appellant.  We dismiss for want of jurisdiction.

Appellant filed a general notice of appeal.  Yet, because she pled guilty and the sentence assessed by the trial court did not exceed the parameters of the plea bargain, she was required to comply with Texas Rule of Appellate Procedure 25.2(b)(3).  That is, she was required to recite in her notice that she was appealing based upon jurisdictional defects, that the substance of her appeal was raised by written motion and ruled on before trial, or that the trial court granted her permission to appeal.
(footnote: 1)  None of these statements appear in the notice, however.   Consequently, we lack jurisdiction to entertain the proceeding.  
Cooper v. State
, 45 S.W.3d 77
 (Tex. Crim. App. 2001).  

Accordingly, the appeal is dismissed.

Per Curiam

Do Not Publish.

FOOTNOTES
1:
The record reflects that the trial court denied appellant permission to appeal.